Label Matrix for local noticing
0540-4
Case 22-40911
Eastern District of Texas
Sherman
Thu Jul 21 17:10:47 CDT 2022

2999TC Founders, LLC
3926 Vista Woods
Carrollton, Tx 75007-2428

HR Sterling
2736 Trophy Club Drive
Roanoke, TX 76262-3468

Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

Metzger Law
3626 N. Hall Street. Ste 800
Dallas, TX 75219-5133

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Vance McMurry
508 W. Lookout Drive. Ste 17-74
Richardson, TX 75080-2176

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 7 |
| Bypassed recipients | 0 |
| Total | 7 |