**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **2999TC FOUNDERS, LLC,** | § | **CASE NO. 22-40911** |
| | § | |
| **DEBTOR** | § | |

**APPLICATION TO APPEAR PRO HAC VICE**

1. This Application is being made for the following case: In re: 2999TC Founders, LLC, Debtor Case No. 22-40911, by Christopher R. Kaup ("Applicant").

2. Applicant is representing the following party: Pamela Kirby.

3. Applicant was admitted to practice in the State of New Jersey on December 19, 1992, and the State of Arizona on October 23, 1993.

4. Applicant is in good standing and is otherwise eligible to practice law before these courts.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied.

7. Applicant has not ever had the privilege to practice before another court suspended.

8. Applicant has not been disciplined by a court or bar administration or committee thereof that would reflect unfavorably upon Applicant's conduct, competency or fitness as a member of the bar.

9. Applicant has not been charged, arrested or convicted for a criminal offense.

10. There are no pending grievances or criminal matters pending against the Applicant.

11. Applicant was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Court of other States on the dates indicated for each, and that Applicant is presently a member in good standing of the bars of said Courts:

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Arizona | October 23, 1993 | 014820 |
| Supreme Court of New Jersey | December 19, 1991 | 016291991 |

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has not included a fee because Applicant has not previously asked for temporary admittance within one year of this request.

14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Christopher R. Kaup, do solemnly swear that the above information is true; that I will discharge the duties of attorney and counsel of this court faithfully; that I will demean

myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

RESPECTFULLY SUBMITTED this 24th day of August, 2022.

**TIFFANY & BOSCO, P.A.**

By: ______________________________
Christopher R. Kaup (AZ 0148208)
2525 East Camelback Road, 7th Floor
Phoenix, Arizona, 85016
crk@tblaw.com
T:602.255.6000
F.602.255.0103
*Attorneys for Pamela Kirby*
-and-

**BORSELLINO, P.C.**

By: /s/ Josh Borsellino
Josh Borsellino, TX State Bar No. 24045532
Borsellino, P.C.
1020 Macon St., Ste. 15
Fort Worth, Texas 76102
josh@dfwcounsel.com
T: 817.908.9861
F: 817.394.2412
*Attorneys for Pamela Kirby*