**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **2999TC FOUNDERS, LLC,** | § | **CASE NO. 22-40911** |
| | § | |
| **DEBTOR** | § | |

## ORDER GRANTING APPLICATION TO APPEAR PRO HAC VICE

On this day the Court considered the Application to Appear Pro Hac Vice filed by Christopher R. Kaup requesting authority to appear pro hac vice on behalf of Pamela Kirby. After reviewing the Application the Court finds that the Application should be granted.

It is therefore ORDERED that Christopher R. Kaup's Application to Appear Pro Hac Vice on behalf of Pamela Kirby in connection with this case is granted.

SIGNED this the ___ day of ______________, 2022.