EOD
09/08/2022

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **2999TC FOUNDERS, LLC,** | § | **CASE NO. 22-40911** |
| | § | |
| **DEBTOR** | § | |

**ORDER GRANTING APPLICATION TO APPEAR PRO HAC VICE**

On this day the Court considered the Application to Appear Pro Hac Vice filed by Christopher R. Kaup requesting authority to appear pro hac vice on behalf of Pamela Kirby. After reviewing the Application the Court finds that the Application should be granted.

It is therefore ORDERED that Christopher R. Kaup's Application to Appear Pro Hac Vice on behalf of Pamela Kirby in connection with this case is granted.

Signed on09/08/2022

Brenda T. Rhoades SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE