**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **2999TC FOUNDERS, LLC,** | § | **CASE NO. 22-40911** |
| | § | |
| **DEBTOR** | § | |

**Motion for Examination and for Production of Documents, Pursuant to Rule 2004, Fed.R.Bankr.P.**

**TO THE HONORABLE BRENDA T. RHOADES, CHIEF BANKRUTPCY JUDGE**

**14-DAY NEGATIVE NOTICE – LBR 2004(a):**

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

Pamela Kirby, a creditor in the above captioned case, files this Motion for Examination of Tim Barton and Production of Documents from Tim Barton, Pursuant to Rule 2004, Fed.R.Bankr.P.

1. Counsel undersigned hereby certifies, pursuant to Local Rule of Bankruptcy Procedure 2004-1, that I have conferred with Eric Liepins Counsel for the Debtor,

regarding the date, time and place for the examination of Mr. Barton and the date by which documents will be produced. Mr. Liepins and Counsel for Ms. Kirby have agreed that the Rule 2004 Examination of Mr. Barton will occur on October 17, 2022, at 9:30 a.m. in the offices of Eric Liepins, 12770 Coit Rd Ste 850, Dallas, TX 75251 and the documents will be produced by Mr. Barton to Counsel for Ms. Kirby on October 10, 2022. Mr. Liepins has also agreed to waive the presumptive three hour length of the examination. By agreement of the parties the examination of Mr. Barton will not exceed six hours.

2. Mr. Barton signed the Declaration Under Penalty of Perjury for Non-Individual Debtors as the "President of Managing Member" and the Statement of Financial Affairs as the President and Managing Member of the Debtor. Schedules, Doc. 11, at p. 1 & 18.

3. The scope of the examination of Mr. Barton will include, the assets, liabilities, business operations, the acts, conduct, and financial conditions of the Debtor, and transfers of property and funds by the Debtor to Mr. Barton, other officers of the Debtor and affiliates of the Debtor and amounts owed by officers and affiliates to the Debtor.

4. A list of the categories and types of documents to be produced by Mr. Barton is attached hereto as **Exhibit "A"**.

5. A form of Order granting this Motion and requiring the production of documents and the examination of Mr. Barton is attached hereto as **Exhibit "B"**.

WHEREFORE, Creditor, Pamela Kirby, respectfully requests that this Court enter an Order requiring Mr. Barton to: (i) produce the documents listed in the attached **Exhibit "A"** to Counsel for Ms. Kirby by October 10, 2022; (ii) appear and testify on October 17, 2022, at 9:30 a.m. in the offices of Eric Liepins, 12770 Coit Rd Ste 850, Dallas, TX 75251; and (iii) waiving the three-hour time limitation and allowing the examination of Mr. Barton for no more than six hours, as agreed by the parties.

RESPECTFULLY SUBMITTED this 9th day of September, 2022.

**TIFFANY & BOSCO, P.A.**

By: /s/ Christopher R. Kaup (with permission)
Christopher R. Kaup (AZ 0148208)
2525 East Camelback Road, 7th Floor
Phoenix, Arizona, 85016
crk@tblaw.com
T:602.255.6000
F.602.255.0103
*Attorneys for Pamela Kirby*
-and-

**BORSELLINO, P.C.**

By: /s/ Josh Borsellino
Josh Borsellino
TX State Bar No. 24045532
Borsellino, P.C.
1020 Macon St., Ste. 15
Fort Worth, Texas 76102
josh@dfwcounsel.com
T: 817.908.9861
F: 817.394.2412
*Attorneys for Pamela Kirby*

## CERTIFICATE OF CONFERENCE PURSUANT TO L.B.R. 2004.1

The undersigned, along with co-counsel Christopher Kaup, have communicated with Eric Liepins, counsel for Debtor, regarding the proposed examination of, and document production by, Timothy Barton, the President of the Managing Member of Debtor, and Mr. Liepins has agreed to the time, date and place of the examination, as well as the date of the proposed document production and the six-hour time limitation for the examination as proposed herein.

/s/ Josh Borsellino
Josh Borsellino

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's ECF system to all parties authorized to receive notice in this case on this 9th day of September, 2022.

/s/ Josh Borsellino
Josh Borsellino