**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **2999TC FOUNDERS, LLC,** | § | **CASE NO. 22-40911** |
| | § | |
| **DEBTOR** | § | |

**Order Granting Motion for Examination of Tim Barton and for Production of Documents, Pursuant to Rule 2004, Fed.R.Bankr.P.**

Came on for consideration the Motion for Examination of Tim Barton and for Production of Documents, Pursuant to Rule 2004, Fed.R.Bank.P. (the "Motion"). The Court, having considered the Motion and the Debtors's agreement to same, finds that it has merit and should be granted. Accordingly, it is

Ordered that Tim Barton shall appear to testify on October 17, 2022, at 9:30 a.m. in the offices of Eric Liepins, 12770 Coit Rd Ste 850, Dallas, TX 75251. It is further

Ordered that the documents requested in Exhibit A of the Motion will be produced by Mr. Barton to Counsel for Ms. Kirby on October 10, 2022. It is further

Ordered that the three-hour examination limit under Local Rule of Bankruptcy Procedure 2004(b) is waived, and the examination of Mr. Barton shall not exceed six hours.