EOD
09/08/2022

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **2999TC FOUNDERS, LLC,** | § | **CASE NO. 22-40911** |
| | § | |
| **DEBTOR** | § | |

**ORDER GRANTING APPLICATION TO APPEAR PRO HAC VICE**

On this day the Court considered the Application to Appear Pro Hac Vice filed by Christopher R. Kaup requesting authority to appear pro hac vice on behalf of Pamela Kirby. After reviewing the Application the Court finds that the Application should be granted.

It is therefore ORDERED that Christopher R. Kaup's Application to Appear Pro Hac Vice on behalf of Pamela Kirby in connection with this case is granted.

Signed on 09/08/2022

Brenda T. Rhoades SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Texas

In re:
2999TC Founders, LLC
Debtor

Case No. 22-40911-btr
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2
Date Rcvd: Sep 08, 2022 Form ID: pdf400 Total Noticed: 4

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | 2999TC Founders, LLC, 3926 Vista Woods, Carrollton, Tx 75007-2428 |
| cr | + | HR Sterling, 2736 Trophy Club Drive, Roanoke, TX 76262-3468 |
| cr | + | Metzger Law, 3626 N. Hall Street., Ste. 800, Dallas, TX 75219-5133 |
| cr | + | Vance McCurry, 508 W. Lookout Drive. Ste 17-74, Richardson, TX 75080-2176 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| cr | | Pamela Kirby |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Eric A Liepins | on behalf of Debtor 2999TC Founders LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| Josh Borsellino | on behalf of Creditor Pamela Kirby josh@dfwcounsel.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 3