**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **2999TC FOUNDERS, LLC,** | § | **CASE NO. 22-40911** |
| | § | |
| **DEBTOR** | § | |

**Motion for Examination and for Production of Documents, Pursuant to Rule 2004, Fed.R.Bankr.P.**

**TO THE HONORABLE BRENDA T. RHOADES, CHIEF BANKRUTPCY JUDGE**

**14-DAY NEGATIVE NOTICE – LBR 2004(a):**

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

Pamela Kirby, a creditor in the above captioned case, files this Motion for Examination of the officer of the Debtor, 2999TC Founders, LLC (the “Debtor”) most knowledgeable about its operations and the Production of Documents from the Debtor, Pursuant to Rule 2004, Fed.R.Bankr.P.

1. Counsel undersigned hereby certifies, pursuant to Local Rule of Bankruptcy Procedure 2004-1, that I have conferred with Eric Liepins Counsel for the Debtor, regarding the date, time and place for the examination of the officer most knowledgeable about its operations and the date by which documents will be produced. The parties have agreed on the examination the Debtor's most knowledgeable officer will be conducted on October 21, 2022, and the documents will be produced to counsel undersigned on October 14, 2022. Mr. Liepins has also agreed to waive the presumptive three hour length of the examination. By agreement of the parties the examination of Mr. Barton will not exceed six hours.

2. The Debtor's Schedules state that Debtor owns 20% of 2999TC JMJ MGR, LLC and the value of that interest is $2,500,000.00. That is the only asset of the Estate. *See* Schedules, Doc. 11, at p. 4 - 6. The aggregate amount of its liabilities is only $50,600.00 owed to just three creditors. The Debtor does not disclose any income from business operations or nonbusiness income. Schedules, Doc 11, at pp. 8 & 11.

3. The scope of the examination of the officer of the Debtor most knowledgeable about its operations will include the assets, liabilities, business operations, the acts, conduct, and financial conditions of the Debtor, and any transfers of property and funds by the Debtor to any officers, directors and affiliates of the Debtor and amounts owed by its officers, directors, and affiliates to the Debtor.

4. A list of the categories and types of documents to be produced by the Debtor is attached hereto as **Exhibit "A"**.

5. A form of Order granting this Motion and requiring the production of documents by the Debtor and the examination of the officer of the Debtor most knowledgeable about its operations is attached hereto as **Exhibit "B"**.

WHEREFORE, Creditor, Pamela Kirby, respectfully requests that this Court enter an Order requiring: (i) the Debtor to produce the documents listed in the attached **Exhibit "A"** on October 14, 2022; (2) the officer of the Debtor most knowledgeable about its operations to appear and testify in the offices of Eric Liepins, 12770 Coit Rd Ste 850, Dallas, TX 75251 on October 21, 2022 at 9:30 a.m.

RESPECTFULLY SUBMITTED this 22nd day of September, 2022.

**TIFFANY & BOSCO, P.A.**

By: /s/ Christopher R. Kaup (with permission)
Christopher R. Kaup (AZ 0148208)
2525 East Camelback Road, 7th Floor
Phoenix, Arizona, 85016
crk@tblaw.com
T:602.255.6000
F.602.255.0103
*Attorneys for Pamela Kirby*
-and-

**BORSELLINO, P.C.**

By: /s/ Josh Borsellino
Josh Borsellino, TX State Bar No. 24045532
Borsellino, P.C.
1020 Macon St., Ste. 15
Fort Worth, Texas 76102
josh@dfwcounsel.com

T: 817.908.9861
F: 817.394.2412
*Attorneys for Pamela Kirby*

**CERTIFICATE OF CONFERENCE PURSUANT TO L.B.R. 2004.1**

The undersigned certifies that counsel for Pamela Kirby has communicated with Eric Liepins, counsel for Debtor, regarding the proposed examination of an officer of the Debtor, 2999TC Founders, LLC and document production by the Debtor, 2999TC Founders, LLC, and Mr. Liepins has agreed to the time, date and place of the examination, as well as the date of the proposed document production and the seven-hour time limitation for the examination as proposed herein.

/s/ Josh Borsellino
Josh Borsellino

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's ECF system to all parties authorized to receive notice in this case on this 22nd day of September, 2022.

/s/ Josh Borsellino
Josh Borsellino