**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **2999TC FOUNDERS, LLC,** | § | **CASE NO. 22-40911** |
| | § | |
| **DEBTOR** | § | |

**Order Granting Motion for Examination of 2999TC Founders, LLC and for Production of Documents, Pursuant to Rule 2004, Fed.R.Bankr.P.**

Came on for consideration the Motion for Examination of 2999TC Founders, LLC and for Production of Documents, Pursuant to Rule 2004, Fed.R.Bank.P. (the "Motion"). The Court, having considered the Motion and the Debtor's agreement to same, finds that it has merit and should be granted. Accordingly, it is

Ordered that the officer of the Debtor, 2999TC Founders, LLC (the "Debtor") most knowledgeable about its operations shall appear to testify on October 21, 2022, at 9:30 a.m. in the offices of Eric Liepins, 12770 Coit Rd Ste 850, Dallas, TX 75251. It is further

Ordered that the documents requested in Exhibit A of the Motion will be produced by Mr. Barton to Counsel for Ms. Kirby on October 14, 2022. It is further

Ordered that the three-hour examination limit under Local Rule of Bankruptcy Procedure 2004(b) is waived, and the examination of 2999TC Founders, LLC shall not exceed seven hours.