IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| 2999TC FOUNDERS, LLC | § | CASE 22-40911 |
| | § | |
| DEBTOR | § | |

ORDER ON MOTION TO DISMISS

CAME ON to be considered this day the Motion of 2999TC Founders, LLC to Dismiss ("Motion"). The Court having reviewed the Motion is of the opinion the Motion is well founded and should be Granted. It is accordingly,

ORDERED, ADJUDGED AND DECREED that above case is dismissed.