Label Matrix for local noticing
0540-4
Case 22-40911
Eastern District of Texas
Sherman
Fri Jul 22 13:34:39 CDT 2022

2999TC Founders, LLC
3926 Vista Woods
Carrollton, Tx 75007-2428

HR Sterling
2736 Trophy Club Drive
Roanoke, TX 76262-3468

Metzger Law
3626 N. Hall Street.
Ste. 800
Dallas, TX 75219-5133

Plano - U. S. Bankruptcy Court
Suite 300B
660 North Central Expressway
Plano, TX 75074-6795

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Vance McMurry
508 W. Lookout Drive. Ste 17-74
Richardson, TX 75080-2176

Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

Vance McCurry
508 W. Lookout Drive. Ste 17-74
Richardson, TX 75080-2176

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)HR Sterling
2736 Trophy Club Drive
Roanoke, TX 76262-3468

(d)Metzger Law
3626 N. Hall Street. Ste 800
Dallas, TX 75219-5133

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 8 |
| Bypassed recipients | 2 |
| Total | 10 |