**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **2999TC FOUNDERS, LLC,** | § | **CASE NO. 22-40911** |
| | § | |
| **DEBTOR** | § | |

**Order Granting Motion to Stay Debtor's Pending Motion to Dismiss and All Other Matters in Case No. 22-40911**

On this day, the Court considered the Motion to Stay Debtor's Pending Motion to Dismiss and All Other Matters in Case No. 22-40911, filed by Creditor, Pamela Kirby ("Ms. Kirby"). After reviewing the Motion the Court finds that the Motion should be granted.

It is therefore ORDERED tolling Ms. Kirby's time to respond to Debtor's Motion to Dismiss until 14 days after the stay no longer applies and directing no further action be taken in this bankruptcy until Ms. Kirby or the Receiver advise the Court otherwise.

SIGNED this the ___ day of ______________, 2022.