EOD
10/31/2022

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **2999TC FOUNDERS, LLC,** | § | **CASE NO. 22-40911** |
| | § | |
| **DEBTOR** | § | |

**<u>Order Granting Motion to Stay Debtor's Pending Motion to Dismiss and All Other Matters in Case No. 22-40911</u>**

On this day, the Court considered the Motion to Stay Debtor's Pending Motion to Dismiss and All Other Matters in Case No. 22-40911, filed by Creditor, Pamela Kirby ("Ms. Kirby"). After reviewing the Motion the Court finds that the Motion should be granted.

It is therefore ORDERED tolling Ms. Kirby's time to respond to Debtor's Motion to Dismiss until further order of the Court.

Signed on 10/31/2022

Brenda T. Rhoades ST

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE