EOD
10/31/2022

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **2999TC FOUNDERS, LLC,** | § | **CASE NO. 22-40911** |
| | § | |
| **DEBTOR** | § | |

**Order Granting Motion to Stay Debtor's Pending Motion to Dismiss and All Other Matters in Case No. 22-40911**

On this day, the Court considered the Motion to Stay Debtor's Pending Motion to Dismiss and All Other Matters in Case No. 22-40911, filed by Creditor, Pamela Kirby ("Ms. Kirby"). After reviewing the Motion the Court finds that the Motion should be granted.

It is therefore ORDERED tolling Ms. Kirby's time to respond to Debtor's Motion to Dismiss until further order of the Court.

Signed on 10/31/2022

Brenda T. Rhoades ST
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

In re: Case No. 22-40911-btr
2999TC Founders, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2
Date Rcvd: Oct 31, 2022 Form ID: pdf400 Total Noticed: 5

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2022:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | 2999TC Founders, LLC, 3926 Vista Woods, Carrollton, Tx 75007-2428 |
| cr | + | Vance McCurry, 508 W. Lookout Drive. Ste 17-74, Richardson, TX 75080-2176 |
| 8164520 | + | HR Sterling, 2736 Trophy Club Drive, Roanoke, TX 76262-3468 |
| 8164521 | + | Metzger Law, 3626 N. Hall Street. Ste 800, Dallas, TX 75219-5133 |
| 8164522 | + | Vance McMurry, 508 W. Lookout Drive. Ste 17-74, Richardson, TX 75080-2176 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| aty | | Cortney C Thomas |
| cr | | Pamela Kirby |
| cr | *+ | HR Sterling, 2736 Trophy Club Drive, Roanoke, TX 76262-3468 |
| cr | *+ | Metzger Law, 3626 N. Hall Street., Ste. 800, Dallas, TX 75219-5133 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Christopher R Kaup | on behalf of Creditor Pamela Kirby crk@tblaw.com |
| Cortney Christopher Thomas | |

| | |
|---|---|
| | on behalf of Attorney Cortney C Thomas cort@brownfoxlaw.com |
| Eric A Liepins | on behalf of Debtor 2999TC Founders LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| Josh Borsellino | on behalf of Creditor Pamela Kirby josh@dfwcounsel.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 5